Pro Se 1 2022

FILED ___ LODGED
___ RECEIVED

MAR 15 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

TAM TRAN,

Plaintiff(s),

v.

Clark County Court,

Defendant(s).

CASE NO. 23cv5216 BHS
[to be filled in by Clerk's Office]

**COMPLAINT FOR A CIVIL CASE**

Jury Trial: ☐ Yes ☐ No

IFP / No Summons

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: TAM TRAN
Street Address: 4100 NE 115th. CIR
City and County: Vancouver Clark
State and Zip Code: WA 98661
Telephone Number: 360 909-3831

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2022*

B.   Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Clark County Court |
| Job or Title *(if known)* | |
| Street Address | 1200 Franklin St |
| City and County | Vancouver, Clark |
| State and Zip Code | WA 98666-8806 |
| Telephone Number | 360 397-2424 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2022*

Defendant No. 4

Name _____
Job or Title *(if known)* _____
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____

## II.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(select all that apply)*

☑ Federal question:           ☐ Diversity of citizenship:
   If checked complete section A.      If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

[blank box]

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2022

1  B.     If the Basis for Jurisdiction Is Diversity of Citizenship

2          1.     The Plaintiff(s)

3                 a.     If the plaintiff is an individual.

4          The plaintiff (name) __TAM TRAN_____, is a citizen of the

5  State of (name) __Washington, State__.

6                 b.     If the plaintiff is a corporation.

7          The plaintiff, (name) _____, is incorporated under

8  the laws of the State of (name) _____, and has its principal

9  place of business in the State of (name) _____.

10         (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

11

12         2.     The Defendant(s)

13                a.     If the defendant is an individual.

14         The defendant, (name) __Clark County Court__, is a citizen of the

15  State of (name) __Washington State__. Or is a citizen of

16  (foreign nation) __Washington State__.

17                b.     If the defendant is a corporation.

18         The defendant, (name) _____, is incorporated under

19  the laws of the State of (name) _____, and has its principal

20  place of business in the State of (name) _____.

21         Or is incorporated under the laws of (foreign nation) _____,

22  and has its principal place of business in (name) _____.

23         (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

24

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2022

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*) *Attach additional pages if needed:*

## III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Clark county court hire John P Hagensen Judge. he is, Racist, Hate crime, color, National origin. on Race, Sentence with out Laws. No prosecuting Attorney, No defense Attorney, broken civil Rights. Law and more, Violate 1st Amendment and civil Rights laws.

## IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

need pay $100 billion damage and need investigation. clark county court too many Judge Hate crime and need close court.

## V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2022*

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/15/23

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: TAM TRAN

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

COMPLAINT FOR A CIVIL CASE - 6



**Bob Ferguson**
# ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000• Seattle, WA 98104-3188• (206) 464-6684

August 20, 2021

Tam Tran
4100 NE 45th Dr
Vancouver, WA 98661

RE: Clark County District Court
File #: 597197

Dear Tam Tran:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office. Your complaint has been reviewed and it was determined that the issues presented are under the regulatory authority of another agency. Your complaint has been closed accordingly.

We referred your complaint to the following agency. Please contact the identified agency directly with questions about the status of your complaint.

Commission on Judicial Conduct
PO Box 1817
Olympia, WA 98507
www.cjc.state.wa.us
(360) 753-4585

Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We maintain complaint files of business practices that may be useful if enforcement action on behalf of the State of Washington is warranted in the future.

Consumer complaints are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

If you have questions or would like to submit additional information regarding this complaint, our email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,


CLAUDIO FELICIANO
Consumer Services Coordinator
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


cc: Commission on Judicial Conduct

# CLARK COUNTY DISTRICT COURT
P.O. BOX 9806
1200 Franklin Street
Vancouver, WA 98666-8806
Telephone: (360) 397-2424



## TO THE DEFENDANT:

**Name:** TRAN, TAM
**Case Number:** 891476            WSP   CT
**Sentencing Date:** 06/19/2015

If your sentence has specific conditions that are to be monitored by the Probation Department, you must report as specified on this Order. Fees may be charged for services.

## YOU MUST REPORT TO:

Clark County Courthouse, Ground Floor
District Court Administration
1200 Franklin Street
Vancouver, Washington

Telephone:            (360) 397-2424
Business Hours:   Monday through Friday – 8:00 a.m. to 4:30 p.m.

If your sentence is deferred, it is your responsibility to make arrangements to reappear at Court when the deferred period ends. The Court does not automatically review these dates.

## PAYMENT OPTIONS

Pay in person

Clark County District Court Administrative Office (8:00 a.m. to 4:30 p.m.)
Camas/Washougal Courthouse (open Tuesday and Thursday 8:00 a.m. to 4:30 p.m.)

Pay by mail - **PLEASE put your case number on your check or money order.**

Clark County District Court                 Camas/Washougal Municipal Court
P.O. Box 9806                                      89 "C" Street
Vancouver, WA 98666-8806                Washougal, WA 98671
Telephone: (360) 397-2424               Telephone: (360) 397-2125

Pay by phone*        (866) 923-8236

Pay online*             http://www.clark.wa.gov/courts/district/payments.html

*Point and Pay - A fee of approximately 3% will be added when using a credit or debit card.*

**REMEMBER:**
**It is your obligation to notify the Court if your address changes.**

| District Court of Washington For Clark County | Case No. 891476   WSP   CT |
|---|---|
| STATE OF WASHINGTON/CITY OF VANCOUVER/CAMAS/WASHOUGAL,   Plaintiff, <br><br> v. <br><br> TRAN, TAM <br> DOB ~~~~~~~~~   Defendant, | **Judgment and Sentence for:** <br> 1) ☒ Driving Under The Influence <br>  ☐ Physical Control <br>  ☐ .08 -.14 ☐ .15+ ☐ Refusal ☐ No BAC <br>  ☐ Drug related ☐ Non-alcohol related <br>  ☐ GY ☐ Passenger under age 16 <br>  ☐ Reckless Driving (RCW 46.61.500(3)) <br>  ☐ Negligent Driving - 1st Degree (RCW 46.61.5249(4)) <br> 2) IMPOS SENT FROM APPEAL <br> 3) _____ <br> (DUIJS) |

The defendant was found guilty on 06/19/2015 by ☐ plea ☒ jury-verdict ☐ bench trial of:
DUI _____, IMPOS SENT FROM APPEAL _____,
and the court verified the defendant's criminal history and driving record and made findings orally therefore, the defendant is **adjudged** guilty and sentenced as follows:

Sentence is suspended for a period of __5__ years on the following conditions:

Count 1) __364__ days of jail and suspends __259__ days; and a fine of __5,000.00__ with __4,105.00__ suspended

Count 2) ____ days of jail and suspends ____ days; and a fine of _____ with _____ suspended

Count 3) ____ days of jail and suspends ____ days; and a fine of _____ with _____ suspended

JAIL: The defendant has been sentenced to confinement totaling __105__ days in jail with credit for time served of __2__ days to be served, as follows

     __43__ days of additional confinement

     __60__ days of partial confinement on ☐ work/educational release ☐ work program ☒ EHC

Jail sentences are ☐ concurrent ☐ consecutive with all other commitments _____

FINANCIAL OBLIGATION:

| | | | |
|---|---|---|---|
| Fine | 895.00 | BAC fee | 200.00 |
| Filing fee | | Warrant fee | |
| Costs | 43.00 | DUI emergency response fee | 200.00 |
| Indigent defense recoupment | 150.00 | PSEA | |
| Traffic Penalty Assessment | 102.50 | Other _____ | |
| Passenger under 16 penalty | | TOTAL | $ 1,590.50 |
| Restitution to: _____ | | | |

*Restitution if any to be determined by Corrections. The defendant has a right to a hearing before figure is set.

**Payment in full on or before:** 12/31/2015

$ _____ of this total is converted to ____ hours on ☐ work program ☐ community service

DUI Judgment and Sentence Form (DUIJS) - Page 1 of 3
CrRLJ 07.0100 - CrRLJ 7.2, 7.3; RCW 46.20.720, 46.61.5055

DC 1304
Rev 08/01/2012
Clerk _____

891476   WSP   CT

**Mandatory Conditions of Sentence - DUI/Physical Control**

☒ (a) The defendant shall not drive a motor vehicle without a valid license and proof of insurance. (b) The defendant shall not drive a motor vehicle with an alcohol concentration of .08 or more within two hours after driving. (c) The defendant shall submit to a breath or blood alcohol test upon the reasonable request of a law enforcement officer. If you violate (a), (b), or (c) within this state, the court shall order you confined for no less than 30 days and your driving privilege will be suspended for 30 days.

☒ No criminal violations of law or alcohol related infractions.

☒ Comply with the rules and requirements of the Department of Licensing regarding the installation and use of a functioning ignition interlock device.

☐ Comply with the requirement to install an ignition interlock device for 6 months as imposed by the Department of Licensing. (RCW 46.61.5055(6).)

☐ The court has ordered the defendant to refrain from consuming any alcohol. The defendant must comply with alcohol monitoring as authorized by law. ☐The defendant shall pay the cost of monitoring. ☐The cost of monitoring shall be paid by _____. (RCW 46.61.5055(5)).

**Mandatory Conditions of Sentence – Reckless Driving/Negligent Driving – 1st Degree**

☒ (a) The defendant shall not drive a motor vehicle without a valid license and proof of insurance. (b) The defendant shall not drive a motor vehicle with an alcohol concentration of .08 or more within two hours after driving.

☒ No criminal violations of law or alcohol related infractions.

☒ Comply with mandatory ignition interlock device requirements as imposed by the Department of Licensing.

**Additional Conditions of Sentence - Discretionary Ignition Interlock - RCW 46.20.720(1)**

☐ Comply with discretionary ignition interlock device requirements (when defendant provides employment affidavit to the Department of Licensing, this order shall not apply to vehicles owned, leased, or rented by defendant's employer or to those vehicles whose care and/or maintenance is the temporary responsibility of the employer and driven at the direction of the defendant's employer as a requirement of employment during working hours):

☐ For a period of _____ years following the period of driver's license suspension, revocation, or denial, drive only a motor vehicle equipped with a functioning ignition interlock device.

☐ From _____ (date) to _____ (date), do not drive any motor vehicle unless it is equipped with an ignition interlock device (this **does not** authorize you to drive without a valid license).

☐ Unless otherwise stated, the calibration level for any ignition interlock requirement imposed under this order shall be .025% ☐ _____.

**Additional Conditions of Sentence**

☒ **Report to District Court Administration within 24 hours of court or release from custody. Corrections will monitor all affirmative conditions to insure compliance. Proof of compliance shall be provided to corrections.**

☒ Probation for _60_ months. Supervised probation for _____ months with probation department and abide by all rules and regulations of probation department. Pay a pre-sentence supervision fee. Pay a monthly probation monitoring fee of $100.

☒ Obtain a chemical dependency evaluation from a WA State-approved agency and comply with treatment recommendations.

☒ Enroll in and successfully complete DUI Victim's Panel

☐ Use no alcoholic beverages, marijuana or non-prescribed controlled drugs.

☐ Attend  ☐Alcoholics Anonymous  ☐Narcotics Anonymous  ☐Other self-help program (_____)
meetings _____ times a week for _____ months or as recommended by treatment provider.

DUI Judgment and Sentence Form (DUIJS) - Page 2 of 3
CrRLJ 07.0100 - CrRLJ 7.2, 7.3; RCW 46.20.720, 46.61.5055
891476     WSP CT

DC 1304
Rev 08/01/2012
Clerk _____

CFN _____

## IN THE DISTRICT COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF CLARK

State of Washington )
City of Vancouver/ Camas/Washougal ) Case No: __891476__   WSP   CT
                   Plaintiff, )
        v. ) Memorandum of Disposition
                    )
TRAN, TAM _____ Defendant. )
DOB: _____ )

CRIME(S  DUI _____    IMPOS SENT FROM APPEAL _____

☐ The defendant shall be released from custody **today** on the above-captioned case(s) only.
    Reason for release: Not Applicable

☐ The defendant is hereby remanded to custody: ☐ Hold without Bail ☐ Bail is set at _____
    ☐ To Supervised Release, if qualified – If not qualified bail is set at _____
    ☐ Bail shall remain in the amount previously set.

☒ The defendant has been sentenced to confinement totaling __105__ days with credit for time served of __2__ days to be served as follows:

    __43__ days of additional total confinement
    __60__ days of additional partial confinement on:
    ☐ work/educational release ☐ work program ☒ EHC _____
    ☐ Defendant shall be screened while in custody
    Sentence to run ☐ concurrent/ ☐ consecutive with _____

☐ The defendant is hereby Ordered to return to court on _____ at _____
☐ Reassign _____
    ☐ Corrections to terminate supervision.

☒ The defendant shall report to Clark County District Court Administration within 24 hours of this order/release from custod

☒ **YOU SHALL HAVE NO ILLEGAL DRUGS, MARIJUANA, OR ALCOHOL IN YOUR SYSTEM** when reporting to jail, future court appearances, corrections or any assigned class or program.

☒ The defendant shall report to jail ☒ immediately ☐ on _____ at _____
Other: _____

> FAILURE TO REPORT TO JAIL, WORK RELEASE, WORK CREW MAY CONSTITUTE THE CRIME OF ESCAPE AND COULD SUBJECT THE DEFENDANT TO IMMEDIATE ARREST. FAILURE TO RETURN TO COURT AS ORDERED MAY CONSTITUTE THE CRIME OF BAIL JUMP.

Judge John P. Hagensen
_Digitally signed by Judge John P. Hagensen_
_Date: 2015.07.07 09:22:02 -07'00'_

Judge John Hagensen

Dated: 07/07/2015

Defendant _____    Pros Atty WSBA# _____    Defense Attorney WSBA# _____

Clerk _____

☒ YOU SHALL HAVE NO MARIJUANA, ILLEGAL DRUGS OR ALCOHOL IN YOUR SYSTEM when reporting to jail, future court appearances, corrections or any assigned class or program.

☐ Not Applicable _____

☐ Not Applicable _____

☐ Not Applicable _____

Other _____

☐ Return for a review hearing: _____ . Bail or Bond is ☐ Exonerated ☐ Forfeited.

**I have read the rights, conditions, and warnings.**

NOTICE: Any petition or motion for collateral attack on this judgment and sentence, including but not limited to any personal restraint petition, state habeas corpus petition, motion to vacate judgment, motion to withdraw guilty plea, motion for new trial or motion to arrest judgment, must be filed within one year of the final judgment in this matter, except as provided for in RCW 10.73.100., RCW 10.73.090.

Dated: 07/07/2015

Defendant
Tue Jul 7 2015 09:22:40
Defendant's Signature

Judge John P. Hagensen
_Digitally signed by Judge John P. Hagensen_
Judge John Hagensen

Defendant's Address and Telephone

Prosecuting Attorney _____ WSBA No. _____

Defense Attorney _____ WSBA No. _____
☐ Written Waiver of Counsel is filed.

DUI Judgment and Sentence Form (DUIJS) - Page 3 of 3
CrRLJ 07.0100 - CrRLJ 7.2, 7.3; RCW 46.20.720, 46.61.5055
891476    WSP CT

DC 1304
Rev 08/01/2012
Clerk _____